# IN THE UNITED STATES BANKRUPTCY COURT FOR THE
## WESTERN DISTRICT OF VIRGINIA
### Charlottesville Division

In re:

**JOHN CLARK SMITH,**

Debtor.

Case No. 11-60835

Chapter 13

## MOTION TO DISMISS CASE VOLUNTARILY
## PURSUANT TO SECTION 1307(b)

Debtor John Clark Smith, by counsel, hereby moves, pursuant to 11 U.S.C. § 1307(b), that this Chapter 13 proceeding be dismissed without prejudice. This case has not been converted under Sections 706, 1112 or 1208 of the Bankruptcy Code.

## CERTIFICATE OF SERVICE

The undersigned counsel hereby certifies that on this 11th day of May, 2011, a copy of the foregoing Motion to Dismiss Case Voluntarily Pursuant to Section 1307(b) was served through the CM/ECF system on the Chapter 13 Trustee.

Respectfully submitted

JOHN CLARK SMITH,

By counsel.

    /s/ C. Lamar Garren
C. Lamar Garren
Virginia State Bar No. 38491
Scott Kroner, PLC
418 E. Water St.
Charlottesville, VA  22902
(434) 296-2161
Facsimile (434) 293-2073
Email cgarren@scottkroner.com
    *Attorney for Debtor*