# COURT PROCEEDING MEMO
## CONFIRMATION HEARING/TRUSTEE'S SHOW CAUSE

DATE:    6/20/11                       CONTINUED HEARING _____
TIME:    9:30AM                        WITH CONDITIONS _____
CASE #:  11-60835
IN RE:   JOHN CLARK SMITH    PRESENT: ✓
COUNSEL FOR DEBTOR(S): GARREN/ LAMAR  PRESENT: ✓    By: _____
TRUSTEE: BESKIN/H    PRESENT: ✓  Scolofrio

---

**XX**    CONFIRMATION HEARING

_____    TRUSTEE'S MOTION TO DISMISS/CONVERT

---

### OBJECTIONS

| CREDITOR: | COUNSEL | PRESENT |
|---|---|---|
|  |  |  |

| MODIFIED PLAN FILED: | SET FOR: |
|---|---|
|  |  |

| PLAN CONFIRMED | *Case Dismissed 5-12-11* |
|---|---|
| CASE DISMISSED |  |
| ATTORNEY FEE REQUEST |  |

| CONFIRMATION HEARING CONTINUED | DATE: |
|---|---|
| TRUSTEE'S MOTION TO DISMISS/CONVERT CONTINUED | DATE: |
| TRUSTEE'S MOTION TO DISMISS/CONVERT CONTINUED WITH CONDITIONS  ORDER DUE FROM: _____ | DATE: |

### COMMENTS

|  |
|---|
|  |

FOR THE COURT:
WILLIAM E. ANDERSON, U.S. BANKRUPTCY JUDGE
A. TERRENCE KEMPSON, LAW CLERK
EVANS & COMPANY, COURT REPORTERS (434) 239-2552
BARBARA D. OKES, COURTROOM DEPUTY
KATHY H. WARREN, COURTROOM DEPUTY

***NOTES OF THE COURTROOM DEPUTY ARE NOT VERBATIM. THEY DO NOT TAKE THE PLACE OF THE OFFICIAL COURT TRANSCRIPT AND ARE NOT PART OF THE OFFICIAL COURT RECORD. THEY ARE FOR USE BY COURT PERSONNEL AND CANNOT BE USED OR INTRODUCED AS EVIDENCE.